UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| CHRISTOPHER H., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:17-cv-00246-JAW |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed July 23, 2018, (ECF No. 20), the Recommended Decision is accepted.

Accordingly, is hereby ORDERED that the Commissioner's decision be VACATED and the case REMANDED for further proceedings.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 10th day of September, 2018